AARON D. FORD
  Attorney General
NATHAN M. CLAUS (Bar No. 15889)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3768 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Defendants*
*Micheal Flamm and Jose Garcia*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL SCOTT KLEIN,<br><br>  Plaintiff,<br><br> v.<br><br>MICHAEL FLAMM, *et al.*,<br><br>  Defendants. | Case No. 3:23-cv-00337-ART-CSD<br><br>**MOTION FOR 2-DAY EXTENSION<br>TO FILE DISPOSITIVE MOTION<br>ECF NO. 41<br>[THIRD REQUEST]** |

Defendants hereby request a 2-day extension to file their Dispositive Motion. This is Defendants' third request for extension of the subject deadline.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    PROCEDURAL HISTORY**

This civil rights action was brought by offender Paul Scott Klein (Klein), asserting claims arising under 42 U.S.C. § 1983. ECF Nos. 4 & 22. Klein sues for events that allegedly occurred while he was incarcerated at Northern Nevada Correctional Center (NNCC). *Id*.

Following mandatory screening under the Prison Litigation Reform Act (PLRA), this Court allowed Klein to proceed with one First Amendment retaliation claim against Defendants Micheal Flamm and Jose Garcia. ECF No. 3 at 12:10-11. Klein was later permitted to file a supplemental complaint. ECF No. 22. This Court screened the supplemental complaint as well, allowing Klein to proceed with further claims against Garica. *See* ECF Nos. 23 (R&R screening the supplemental complaint) & 26 (Order

1  adopting R&R). Discovery closed in this matter on March 17, 2025. ECF No. 35. After a
2  second extension of time (ECF No. 42), dispositive motions are currently due on June 16,
3  2025. ECF No. 43. Defendants now move for a further two-day extension of this dispositive
4  motion deadline to Wednesday, June 18, 2025. There will be no further requests.

5  **II.  ARGUMENT**

6  Motions to extend deadlines set out in a discovery plan or scheduling order are
7  governed by Fed. R. Civ. P. 16(b)(4) and LR 26-3. To prevail on a motion to extend a
8  scheduling order deadline, the moving party must show "good cause." *Id.*

9  To demonstrate good cause, the parties must show "that, even in the exercise of due
10 diligence, [the parties were] unable to meet the timetable set forth in the order." *Cruz v.*
11 *City of Anaheim*, CV-1003997-MMM-JEMX, 2011 WL 13214312, at *2 (C.D. Cal. Dec. 19,
12 2011) (citing *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir.
13 2002); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). Prejudice
14 to the opposing party is a factor in determining good cause, though lack of prejudice is "not
15 a prerequisite." *Id.*

16 Defendants seek this third extension of time to file their dispositive motion. Good
17 cause is present to extend the dispositive motion deadline until June 18, 2025. Defendants
18 are still in the process of gathering authenticating declarations needed to support the
19 dispositive motion and expect that those declarations will be completed by June 17, 2025,
20 because of the various NDOC parties' work schedules. Defendants will not be asking for
21 any more extensions for this deadline.

22 Accordingly, Defendants respectfully request that the extension be granted for good
23 cause shown. *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1260, (9th Cir. 2010)
24 (holding that the "district court abused its discretion in denying party's timely motion" to
25 extend time because the party "demonstrated the 'good cause' required by Rule 6, and
26 because there was no reason to believe that [the party] was acting in bad faith or was
27 misrepresenting his reasons for asking for the extension"). No dispositive motion has been
28 ///

filed by Klein in this matter, and this short extension of time will not prejudice him in pursuit of his claims.

### III. CONCLUSION

Based on the foregoing, and for good cause, Defendants request an extension of time until June 18, 2025, for the dispositive motion deadline.

DATED this 12th day of June, 2025.

                AARON D. FORD
                Attorney General

                By: /s/ Nathan M. Claus
                    NATHAN M. CLAUS (Bar No. 15889)
                    Deputy Attorney General

                *Attorneys for Defendants*

IT IS SO ORDERED.

DATED: June 13, 2025.

_____
Craig S. Denney
United States Magistrate Judge