1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PAUL SCOTT KLEIN,

                   Plaintiff,

  v.

MICHAEL FLAMM, *et al.*,

                 Defendants.

3:23-cv-00337-ART-CSD

**ORDER**

On June 18, 2025, Defendants filed their Motion for Summary Judgment (ECF No. 47) in this action.  To date, Plaintiff has failed to oppose the motion.

Plaintiff shall be given an additional **thirty (30) days** from the date of this order within which to file a response to Defendants' Motion for Summary Judgment (ECF No. 47).

**IT IS SO ORDERED.**

DATED: July 15, 2025.

_____
Craig S. Denney
United States Magistrate Judge

1