UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL SCOTT KLEIN,<br><br>                    Plaintiff,<br><br>   v.<br><br>MICHAEL FLAMM, *et al.*,<br><br>                    Defendants. | 3:23-cv-00337-ART-CSD<br><br>**ORDER**<br><br>Re: ECF Nos. 60, 61 |

Before the court are Defendants' Motions for Extension of Time to File Response to Plaintiff's Motion for Temporary Restraining Order and Plaintiff's Motion for Preliminary Injunction. (ECF Nos. 60, 61).

Good cause appearing, Defendants' Motions for Extension of Time to File Response to Plaintiff's Motion for Temporary Restraining Order and Plaintiff's Motion for Preliminary Injunction (ECF Nos. 60, 61) are **GRANTED** to the extent that Defendants shall have to and including **July 31, 2025**, in which to file a response to Plaintiff's motions.

**IT IS SO ORDERED.**

DATED: July 24, 2025.

_____
Craig S. Denney
United States Magistrate Judge

1