# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PAUL SCOTT KLEIN,

    Plaintiff

v.

MICHAEL FLAMM, *et al.*,

    Defendants

Case No.: 3:23-cv-00337-ART-CSD

**Order**

Plaintiff has filed a notice with the court indicating that he did not receive Defendants' response to his motion for temporary restraining order/preliminary injunction until August 5, 2025. (ECF No. 66.) He also asserts that he did not receive any of the exhibits attached to Defendants' response. (*Id.*) Good cause appearing, the court *sua sponte* extends the time for Plaintiff to file any reply to Defendants' response to and including August 29, 2025. The Clerk's Office is directed to resend Plaintiff a copy of ECF No. 63, including all attached exhibits.

**IT IS SO ORDERED**.

Dated: August 8, 2025

                                                         Craig S. Denney
                                                         United States Magistrate Judge