UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PAUL SCOTT KLEIN,

    Plaintiff

v.

MICHAEL FLAMM, et al.,

    Defendants

Case No.: 3:23-cv-00337-ART-CSD

**Order**

Re: ECF No. 72

On September 5, 2025, Plaintiff filed a motion for extension of time of 30 days to file his reply brief in support of his motion for temporary restraining order (TRO). (ECF No. 72.)

On August 8, 2025, the court gave Plaintiff an extension of time, up to and including August 29, 2025, to file his reply brief in support of his motion for injunctive relief. (ECF No. 67.) Plaintiff did not file this request for another extension of time until September 5, 2025, *after* the deadline to file his reply. Plaintiff claims he was denied the ability to purchase legal supplies, and there is a conspiracy to prevent him from litigating this action. However, he has had no problem filing documents with the court in this and his other case.

The court has already issued a report and recommendation to deny Plaintiff's motion for injunctive relief. It is not necessary to allow Plaintiff to file a belated reply brief because the court's recommendation is based on the fact that the relief he seeks in his motion is unrelated to the claims proceeding in this action.

///

///

1 | Therefore, Plaintiff's untimely motion for an extension of time to file a reply brief (ECF
2 | No. 72) is **DENIED**.

3 | **IT IS SO ORDERED**.

4 | Dated: September 17, 2025

_____
Craig S. Denney
United States Magistrate Judge