UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PAUL SCOTT KLEIN,

    Plaintiff

v.

MICHAEL FLAMM, et al.,

    Defendants

Case No.: 3:23-cv-00337-ART-CSD

**Order**

Re: ECF No. 75

Plaintiff has filed a motion seeking another 30 days to file his already belated response to Defendants' pending motion for summary judgment. (ECF No. 75.)

The court has already granted Plaintiff several extensions of time to file his response, which is currently due on September 29, 2025. At this point, Plaintiff states that he is waiting on prison staff to provide him with documents from his i-file (NOTIS records) that are necessary to prepare his response relative to his retaliation claims.

The court will **GRANT** Plaintiff's motion (ECF No. 75) insofar as it will give him one final opportunity to file his response to Defendants' motion for summary judgment. Plaintiff must file his response on or before **October 17, 2025**. The Attorney General's Office shall ensure Plaintiff is provided the requested NOTIS records on or before **October 1, 2025**, or file a notice by that date advising the court why Plaintiff has not received these documents.

**IT IS SO ORDERED**.

Dated: September 24, 2025

                                                        Craig S. Denney
                                                        United States Magistrate Judge