UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PAUL SCOTT KLEIN,

               Plaintiff,

vs.

MICHAEL FLAMM, et al.,

               Defendants.

Case No. 3:23-cv-337-ART-CSD

ORDER ADOPTING REPORT
AND RECOMMENDATION OF
MAGISTRATE JUDGE
(ECF No. 99)

Plaintiff Paul Scott Klein brought this action under 42 U.S.C. § 1983, alleging that Defendants Correctional Officer Michael Flamm and Correctional Officer Jose Garcia retaliated against him in violation of the First Amendment. (ECF Nos. 3, 4, 22, 23, 26.) Defendants moved for summary judgment, arguing that Mr. Klein failed to exhaust his initial claim, that his retaliation claims fail, and that they are entitled to qualified immunity. After Plaintiff responded and Defendants replied (ECF Nos. 93, 96), Mr. Klein filed objections to Defendants' reply brief. (ECF No. 97.) Magistrate Judge Denney issued a Report and Recommendation ("R&R") recommending granting the summary judgment motion in part and denying it in part, and striking Plaintiff's objections as a surreply filed without leave of court. (ECF No. 99.) The deadline to object to the R&R has passed, and neither Defendants nor Mr. Klein has objected.

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Because neither party has objected, the Court conducts no review of

Judge Denney's R&R and adopts it in full.

Mr. Klein has presented three retaliation claims against Officers Flamm and Garcia. First, he claims that Officer Flamm threatened to write him up, put him under investigation, and terminate him from his prison job because he filed a disciplinary appeal. Second, he claims that Officers Flamm and Garcia caused him to lose his job in July 2023 because he continued to follow up on his complaints regarding Officer Flamm. Third, he alleges that Officer Garcia concocted a scheme where he had another inmate take or steal a boxcutter tool assigned to him for use in his prison job and that Officer Garcia made false disciplinary charges about the boxcutter.

On review of the record, Judge Denney concluded that Mr. Klein had presented evidence sufficient to create a dispute of material fact as to his first and third claims. As for the second claim, Mr. Klein had not created a genuine dispute of material fact as to whether officers' allegedly improper actions were taken on account of Mr. Klein's protected conduct.

Judge Denney also concluded that contrary to Defendants' contention, Mr. Klein was not required to show administrative exhaustion as to his first claim because administrative remedies were effectively unavailable to him. *Sapp v. Kimbrell*, 623 F.3d 813, 823-34 (9th Cir. 2010). He admonished defense counsel to provide complete grievance documentation to support affirmative defenses of exhaustion in the future.

Finally, Judge Denney recommended striking Mr. Klein's objections to Defendants' reply as a surreply filed without leave of court. LR 7-2 ("Surreplies are not permitted without leave of court").

**Conclusion**

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 99) is ADOPTED in full.

It is further ordered that Defendants' motion for summary judgement is

GRANTED IN PART as to the retaliation claim stated in the original complaint against both Defendants related to Plaintiff's to termination, or "beaching," from his prison industries job in July 2023.

It is further ordered that that Defendants' motion for summary judgement is DENIED IN PART as to the retaliation claim stated in the original complaint against Defendant Officer Flamm related to a disciplinary appeal, and the retaliation claim against Defendant Officer Garcia stated in the supplemental complaint related to Plaintiff's termination from his prison industries job in March 2024.

It is further ordered that Plaintiff's objection to Defendants' reply is STRIKEN. (ECF No. 97.)

Dated this 16th day of March, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

3