# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PAUL SCOTT KLEIN,

    Plaintiff

v.

MICHAEL FLAMM, et al.,

    Defendants

Case No.: 3:23-cv-00337-ART-CSD

**Order**

Re: ECF No. 101

Plaintiff has filed a motion to amend the scheduling order and notice of witnesses. He states now that dispositive motions have been resolved, a new scheduling order is required. (ECF No. 101.)

Plaintiff's motion (ECF No. 101) is **GRANTED** insofar as the parties joint pretrial order shall be filed on or before **April 15, 2026** (30 days from the date District Judge Traum issued her order adopting the Report and Recommendation on Defendants' motion for summary judgment).

**IT IS SO ORDERED**.

Dated: March 17, 2026

_____
Craig S. Denney
United States Magistrate Judge