**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PAUL SCOTT KLEIN,

Plaintiff

v.

MICHAEL FLAMM, et al.,

Defendants

Case No.: 3:23-cv-00337-CSD

**Order**

On August 5, 2026, the court granted Plaintiff's motion and gave an extension until September 8, 2026, for the parties to file the joint pretrial order (JPTO). (ECF No. 118.) No JPTO was filed. On September 28, 2026, the court gave Plaintiff until October 12, 2026, to show cause why this action should not be dismissed for failure to prosecute for the failure to file the JPTO. (ECF No. 121.) On October 13, 2026, Plaintiff filed a document citing a host of reasons why he has been unable to prepare the JPTO. (ECF No. 122.) Plaintiff's filing submits his own pretrial order; however, the court has ordered the parties to submit a *joint* pretrial order.

The parties have until **November 16, 2026**, to file the JPTO.

**IT IS SO ORDERED**.

Dated: October 15, 2026

Craig S. Denney
United States Magistrate Judge